# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TRUSTEES OF RI LABORERS' HEALTH
AND WELFARE FUND, et al

v. CA 06-175ML

SOUTH SHORE UTILITY

ORDER

The above-captioned case was filed on April 18, 2006 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
U.S. District Judge
September 5, 2006

Entered as an Order of this Court on September 7, 2006

Deputy Clerk