UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRUSTEES OF RI LABORERS' HEALTH
AND WELFARE FUND, et al

vs. C.A. No. 06-175ML

SOUTH SHORE UTILITY

ORDER

On September 7, 2006 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
September 27 , 2006

Entered as an Order of this Court on September 27, 2006

Barbara Barletta
Deputy Clerk